UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IVAN HARVEY,
    Plaintiff,

v.          Case No.:  3:11cv438/MCR/EMT

OFFICER ROBINETT and
SGT. JOHNSON,
    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 18, 2014 (doc. 43).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a de novo determination of any timely filed objections.[1]

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with orders of the Court and failure to prosecute.

    **DONE AND ORDERED** this 19th day of May, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] No objections have been filed.